# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
# 219 SOUTH DEARBORN ST. CHICAGO, IL 60604

IN RE:                )
                      ) Bankruptcy No. 07-05812
SIEGEL, EZRA D.       ) Chapter 7
SIEGEL, KATHRYN M.,   )
                      ) Judge Manuel Barbosa
    Debtors.          )

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

    At:  Kane County Courthouse, 100 S. 3rd St., Rm. 140, Geneva, IL 60134

    On:  10/15/09              Time:  10:00 AM

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    Receipts                              $     12,000.00

    Disbursements                         $     -0-

    Net Cash Available for Distribution   $     12,000.00

Page 1

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Roy Safanda, Trustee | $ 0.00 | $1,950.00 | $66.09 |
| Thomas Springer | $ 0.00 | $8,196.00 | $16.56 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $ 349.60 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100 %.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 005 | Chicago Dept. of Revenue | $349.60 | $349.60 |

7. Claims of general unsecured creditors totaling $ 98,631.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.4%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 002 | Green Tree Servicing | 45,890.57 | 654.00 |
| 004 | Real Time Resolutions | 42,992.01 | 625.57 |
| 006 | Valley Community Bank | 9,749.25 | 142.18 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: None.

Dated: _____     For the Court,

By: _____
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams              Page 1 of 2                   Date Rcvd: Sep 23, 2009
Case: 07-05812                Form ID: pdf006              Total Noticed: 32

The following entities were noticed by first class mail on Sep 25, 2009.
db/jdb       +Ezra D Siegel,   Kathryn M Siegel,   885 Midway Dr.,   Batavia, IL 60510-3527
aty          +Arthur W Rummler,   Law Offices of Arthur W. Rummler,   799 Roosevelt Road,
               Building 2, Suite 104,   Glen Ellyn, IL 60137-5908
aty          +Carl F Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
aty          +Springer, Brown, Covey, Gaertner, & Davis LLC,   400 S Country Farm Road Ste 330,
               Wheaton, IL 60187-4547
aty          +Stephen L Hoffman,   Law Office of Stephen L. Hoffman LLC,   3712 North Broadway Suite 149,
               Chicago, IL 60613-4235
aty          +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
aty          +William D Cherny,   Kuhn Mitchell Moss Mork & Lechowicz LLC,   111 East Jefferson Ave,
               Naperville, IL 60540-4791
tr           +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
11275366     +A to Z Electric Co.,   5030 West Lawrence Avenue,   Chicago, IL 60630-3822
11275367     +ABN AMRO Mtg Group,   2600 W Big Beaver Rd,   Troy, MI 48084-3318
11275368      AMC Mortgage Services,   505 City Pkwy South # 10,   Orange, CA 92868
11275369     +Baker Miller Markoff & Krasny, LLC,   29 N. Wacker Dr. 5th Floor,   Chicago, IL 60606-2851
11696982     +CITY OF CHICAGO - DEPATMENT OF REVENUE,   C/O TALAN & KTSANES,   300 W ADAMS - SUITE 840,
               CHICAGO IL 60606-5109
11275370     +Citi Cards,   PO Box 6003,   Hagerstown, MD 21747-6003
11667982     +CitiMortgage, Inc,   PO Box 9481,   Gaithersburg, MD 20898-9481
11275371     +City of Chicago - Dept of Buidlings,   Commissioner's Office,   120 North Racine, 2nd Floor,
               Chicago, IL 60607-2010
11275372      City of Chicago - Dept of Revenue,   Cost Recovery & Collection Division,
               333 S. State Street, Suite 540,   Chicago, IL 60604
11275374      City of Chicago - Dept of Water,   PO Box 6330,   Chicago, IL 60680-6330
11275378     +City of Chicago - Streets & San.,   c/o Talan & Ktsanes,   300 W. Adams St, Suite 840,
               Chicago, IL 60606-5109
11275379      Collection Company of America,   PO Box 601,   Norwell, MA 02061-0601
11275380     +Cook County Treasurer' Office,   118 N. Clark St., Room 112,   Chicago, IL 60602-1590
11275383     +General Motors Mtg Corp,   Po Box 4622,   Waterloo, IA 50704-4622
11275384     +Harris & Harris,   600 W Jackson Suite 700,   Chicago, IL 60661-5629
11275385     +Harris Bank NA,   PO Box 94034,   Palatine, IL 60094-4034
11275386     +Harris N A,   PO Box 94034,   Palatine, IL 60094-4034
11275387     +Peoples Energy,   130 E Randolph,   Chicago, IL 60601-6302
11683773    ++REAL TIME RESOLUTIONS INC,   PO BOX 36655,   DALLAS TX 75235-1655
              (address filed with court: Real Time Resolutions, Inc.,   1750 Regal Row Suite 120,
               PO Box 36655,   Dallas, Texas 75235)
11275389      UMLI/HomeVest Capital LLC,   PO Box 60771,   Charlotte, NC 28260-0771
11711961      United Mortgage & Loan Investment,   PO Box 471827,   Charlotte, NC 28247-1827
11275390     +Valley Community Bank,   620 E Main St,   Saint Charles, IL 60174-2134
11275391      Washington Mutual,   Po Box 1093,   Northridge, CA 91328

The following entities were noticed by electronic transmission on Sep 23, 2009.
14246345     +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2009 23:13:42     Green Tree Servicing, LLC,
               7360 S. Kyrene Rd.,   Recovery Dept - T120,   Tempe, Az 85283-8432
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
11275373*     City of Chicago - Dept of Revenue,   Cost Recovery & Collection Division,
               333 S. State Street, Suite 540,   Chicago, IL 60604
11275375*     City of Chicago - Dept of Water,   PO Box 6330,   Chicago, IL 60680-6330
11275376*     City of Chicago - Dept of Water,   PO Box 6330,   Chicago, IL 60680-6330
11275377*     City of Chicago - Dept of Water,   PO Box 6330,   Chicago, IL 60680-6330
11275381*    +Cook County Treasurer' Office,   118 N. Clark St., Room 112,   Chicago, IL 60602-1590
11275382*    +Cook County Treasurer' Office,   118 N. Clark St., Room 112,   Chicago, IL 60602-1590
11275388*    +Peoples Energy,   130 E Randolph,   Chicago, IL 60601-6302
                                                                                           TOTALS: 0, * 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: dwilliams          Page 2 of 2              Date Rcvd: Sep 23, 2009
Case: 07-05812                Form ID: pdf006          Total Noticed: 32

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 25, 2009**                **Signature:**   /s/ Joseph Speetjens